UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| CARLOS CORNWELL, | ) | | |
| Petitioner, | ) ) ) | | |
| v. | ) | No. | 3:19-CV-00126-DCLC-DCP |
| MIKE PARRIS, | ) ) ) | | |
| Respondent. | ) | | |

## O R D E R

In accordance with the accompanying memorandum opinion, Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. 1] is **DENIED**, and this action is **DISMISSED.** The Clerk is **DIRECTED** to close the civil file.

Also, for the reasons set forth in the accompanying memorandum opinion, a COA will **NOT ISSUE**. Therefore, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 2253; Rule 22(b) of the Federal Rules of Appellate Procedure.

**SO ORDERED.**

E N T E R :

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT
/s/ *LeAnna R. Wilson*
CLERK OF COURT